**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **WILLOW BRIDGE PROPERTY COMPANY, LLC,** § § § | |
| *Plaintiff*, § § | **CIVIL ACTION NO. 3:24-cv-00029-D** |
| v. § § | |
| **ARCH SPECIALTY INSURANCE COMPANY** § § § | |
| *Defendant*. § | |

**DEFENDANT ARCH SPECALTY INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE JUDGE OF SAID COURT**:

Pursuant to Fed. R. Civ. P. 56., LR 56.3, and this Court's Scheduling Order dated May 15, 2024 [ECF 26], Defendant Arch Specialty Insurance Company ("Arch") respectfully moves this Court for summary judgment on all claims in this action.

As required by LR 56.3, Arch is submitting herewith a brief in support of this motion, as well as a proposed order. The parties stipulated to material facts and evidence. They jointly filed their evidence into the record. *See* ECF 31, 31-1, 31-2, 31-3, 31-4.

Each of the requirements of LR 56.3(a) will be set forth in Arch's brief.

Respectfully submitted,


By: */s/ Summer L. Frederick*
    **ROBERT J. WITMEYER**
    State Bar No. 24091174
    Rwitmeyer@mayerllp.com
    **SUMMER L. FREDERICK**
    State Bar No. 24067764
    Sfrederick@mayerllp.com

    **MAYER LLP**

    750 N. Saint Paul Street, Suite 700
    Dallas, Texas 75201
    Telephone: (214) 379-4763
    Telecopy: (214) 379-6939

    **ATTORNEYS FOR DEFENDANT,**
    **ARCH SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of August 2024, I served a true and correct copy of the foregoing document on counsel of record using the Court's ECF filing service:

J. Mark Chevallier
McGuire, Craddock & Strother, PC
500 N. Ackard Street, Suite 2200
Dallas, Texas 75201
Telephone:   214-954-6860
Facsimile:   214-954-6868
mchevallier@mcslaw.com

    -and-

Julie L. Hammerman
Thompson Hammerman Davis LLP
1717 K St., NW, Suite 900
Washington, DC 20006
Telephone:   202-536-7529
Facsimile:   202-318-5356
jhammerman@thompsonhd.com

*Counsel for Plaintiff*
*Willow Bridge Property Company LLC*

                                                        */s/ Summer L. Frederick*
                                                        **SUMMER L. FREDERICK**