IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WILLOW BRIDGE PROPERTY COMPANY, LLC,** § § § | |
| *Plaintiff*, § § | |
| v. § § | CIVIL ACTION NO. 3:24-cv-00029-D |
| **ARCH SPECIALTY INSURANCE COMPANY** § § § | |
| *Defendant*. § § | |

### ORDER GRANTING DEFENDANT ARCH SPECALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

**ON THIS DAY**, came on to be heard, Defendant Arch Specialty Insurance Company's Motion for Summary Judgment. After due consideration, the Court is of the opinion that the motion is well taken, and should be in all things, **GRANTED**.

It is hereby, **ORDERED**, **ADJUDGED**, and **DECREED**, that Defendant Arch Specialty Insurance Company's Motion for Summary Judgment be, and hereby is, **GRANTED**.

If is further, **ORDERED**, **ADJUDGED**, and **DECREED**, that Defendant Arch Specialty Insurance Company has no duty to defend or indemnify Lincoln Property Company in the lawsuit styled *Jason Goldman, et al. v. Realpage, Inc., et al.*, Case No. 3:23-md-03071, in the United States District Court, Middle District of Tennessee.

Signed, this _____ day of _____, 2024.

_____
United States District Judge