**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **WILLOW BRIDGE PROPERTY COMPANY, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:24-cv-00029-D** |
| **ARCH SPECIALTY INSURANCE COMPANY** | § § § | |
| *Defendant.* | § § | |

---

**DEFENDANT ARCH SPECALTY INSURANCE COMPANY'S**
**RESPONSE TO PLAINTIFF WILLOW BRIDGE PROPERTY COMPANY, LLC'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

**TO THE HONORABLE JUDGE OF SAID COURT**:

Pursuant to FED. R. CIV. P. 56., LR 56.4, and this Court's Scheduling Order dated May 15, 2024 [ECF 26], Plaintiff Arch Specialty Insurance Company ("Arch") respectfully files this Response to Plaintiff Willow Bridge Property Company, LLC's ("LPC") Partial Motion for Summary Judgment [ECF 34, 35].

In accordance with LR 56.4, Arch is submitting herewith a brief in support of this response. Each of the requirements of LR 56.4(a) will be set forth in Arch's brief.

Respectfully submitted,


By: */s/ Summer L. Frederick*
     **ROBERT J. WITMEYER**
     State Bar No. 24091174
     Rwitmeyer@mayerllp.com
     **SUMMER L. FREDERICK**
     State Bar No. 24067764
     Sfrederick@mayerllp.com

     **MAYER LLP**

     750 N. Saint Paul Street, Suite 700
     Dallas, Texas 75201
     Telephone: (214) 379-4763
     Telecopy: (214) 379-6939

     **ATTORNEYS FOR DEFENDANT,**
     **ARCH SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September 2024, I served a true and correct copy

of the foregoing document on counsel of record using the Court's ECF filing service:

J. Mark Chevallier
McGuire, Craddock & Strother, PC
500 N. Ackard Street, Suite 2200
Dallas, Texas 75201
Telephone:    214-954-6860
Facsimile:    214-954-6868
mchevallier@mcslaw.com

      -and-

Julie L. Hammerman
Thompson Hammerman Davis LLP
1717 K St., NW, Suite 900
Washington, DC 20006
Telephone:    202-536-7529
Facsimile:    202-318-5356
jhammerman@thompsonhd.com

***Counsel for Plaintiff***
***Willow Bridge Property Company LLC***

*/s/ Summer L. Frederick*
**SUMMER L. FREDERICK**