**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **WILLOW BRIDGE PROPERTY COMPANY, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:24-cv-00029-D** |
| **ARCH SPECIALTY INSURANCE COMPANY** | § § § § | |
| *Defendant.* | § § § | |

**ORDER DENYING PLAINTIFF WILLOW BRIDGE PROPERTY COMPANY, LLC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

**ON THIS DAY**, came on to be heard, Plaintiff Willow Bridge Property Company, LLC's Motion for Partial Summary Judgment. After due consideration, the Court is of the opinion that the motion should be denied.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Willow Bridge Property Company, LLC's Motion for Partial Summary Judgment be, and hereby is, DENIED.

Signed, this _____ day of _____, 2024.

_____
United States District Judge