IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLOW BRIDGE PROPERTY COMPANY LLC, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:24-cv-00029-D |
| v. | § § | |
| ARCH SPECIALTY INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Willow Bridge Property Company LLC (formerly LPC Multifamily Holdco LLC d/b/a Lincoln Property Company) ("LPC") files this Response to Defendant Arch Specialty Insurance Company's ("Arch") Motion for Summary Judgment (the "Motion") (ECF 36 & 37).

For the reasons set forth in the Brief in Support, which is fully incorporated herein, LPC respectfully requests that the Court deny Arch's Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Willow Bridge Property Company LLC respectfully requests that the Court take notice of this Response and Brief in Support, that the Court deny the relief sought by the Motion, and that such other and further relief be granted as LPC may show itself justly or equitably entitled.

Dated: September 20, 2024

Respectfully submitted,

/s/ Julie Hammerman [9/20/2024]
J Mark Chevallier (TX Bar No. 04189170)
**Rochelle McCullough, LLP**
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone:  214.580-2530
Facsimile:   1-888-467-5979
Email: mchevallier@romclaw.com

Julie L. Hammerman (*Pro Hac Vice*)
**Thompson Hammerman Davis LLP**
1717 K St., NW, Suite 900
Washington, D.C. 20006
Telephone: 202.536.7529
Facsimile: 202.318.5356
E-Mail: jhammerman@thompsonhd.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, Julie Hammerman, certify that on September 20, 2024, I served a true and correct copy of the foregoing document via electronic service on:

Robert J. Witmeyer (TX Bar No. 24091174)
rwitmeyer@mayerllp.com
Summer L. Frederick (TX Bar No. 24067764)
sfrederick@mayerllp.com
Mayer LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214.379.6900
Facsimile: 214.379.6939

*Counsel for Defendant Arch Specialty Insurance Company*

/s/ Julie Hammerman [9/20/2024]
Julie Hammerman