IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLOW BRIDGE PROPERTY COMPANY, LLC, § § § | |
| Plaintiff, § § | |
| VS. § | Civil Action No. 3:24-CV-0029-D |
| § | |
| ARCH SPECIALTY INSURANCE COMPANY, § § § § | |
| Defendant. § | |

# JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that the action of plaintiff Willow Bridge Property Company, LLC, formerly known as LPC Multifamily Holdco LLC d/b/a/ Lincoln Property Company ("LPC"), against defendant Arch Specialty Insurance Company ("Arch") is dismissed with prejudice.

Arch's taxable costs of court, as calculated by the clerk of court, are assessed against LPC.

Done at Dallas, Texas December 27, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE